

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Pittsburg Steel, LLC, Appellant

No. 06-23-00021-CV      v.

Arthur Palmer, Appellee

Appeal from the 76th District Court of Camp County, Texas (Tr. Ct. No. CV-21-03650). Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

       As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

       We further order that the appellant, Pittsburg Steel, LLC, pay all costs incurred by reason of this appeal.

RENDERED DECEMBER 11, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk